**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1600**

SAM SADEGHI,

            Plaintiff - Appellant,

      v.

INOVA HEALTH SYSTEM,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:16-cv-00219-TSE-IDD)

Submitted:  February 15, 2018                    Decided:  February 16, 2018

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sam Sadeghi, Appellant Pro Se.  Laurie Kirkland, BLANKINGSHIP & KEITH, PC, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sam Sadeghi appeals the district court's order granting summary judgment to Inova Health Systems on his employment discrimination and retaliation claims. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Sadeghi's informal brief does not challenge the district court's holding that he failed to establish a prima facie case of discrimination and retaliation, Sadeghi has forfeited appellate review of the court's order. *See Brown v. Nucor Corp.*, 785 F.3d 895, 918 (4th Cir. 2015); *Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*